IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **GEORGE RIDGELY,** | * | Civil Action No.: L-02-CV-2594 |
| Plaintiff, | * | |
| v. | * | |
| **CITIFINANCIAL, INC.,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION EXTENDING TIME FOR CITIFINANCIAL, INC. TO ANSWER COMPLAINT OR FILE OTHER RESPONSIVE PLEADING

CitiFinancial, Inc. ("CitiFinancial") and George Ridgely (the "Plaintiff"), by their respective undersigned counsel, hereby file this Consent Motion Extending Time for CitiFinancial, Inc. to Answer Complaint or File Other Responsive Pleading. In support thereof, the parties state as follows:

1. On or about July 12, 2002, the Plaintiff commenced this action in the Circuit Court for Fredrick County, Maryland.

2. On or about August 7, 2002, CitiFinancial removed the action to this Court.

3. At the time that CitiFinancial removed the action to this Court, it had not filed an answer or other responsive pleading to the Complaint.

4. The parties have agreed that CitiFinancial shall have until August 25, 2002, to file an answer to the Complaint or any other responsive pleading permitted under the Federal Rules of Civil Procedure.



**AGREED TO:**

/s/ Scott C. Borison
Scott C. Borison
Federal Bar No.: 22576
5500 Buckeystown Pike
Frederick, Maryland 21701
(301) 620-1016

*Attorney for Plaintiff*

/s/ E. Hutchinson Robbins, Jr.
E. Hutchinson Robbins, Jr.
Federal Bar No.: 11927
Richard L. Costella
Federal Bar No.: 14095
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3440

*Attorneys for Citifinancial*

Accordingly, it is so ORDERED, this 20th day of August, 2002, by the United States District Court for the District of Maryland, that CitiFinancial shall have until August 25, 2002, to file an answer or other responsive pleading to the Complaint.

_____
F N Smalkin, Judge for the United States
District Court for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2002, a copy of the foregoing Consent Motion Extending Time for CitiFinancial to Answer Complaint or File Other Responsive Pleading was sent by first class mail, postage prepaid, to:

> Scott C. Borison, Esquire
> Legg Law Firm
> 5500 Buckeystown Pike
> Frederick, Maryland 21701
> Attorneys for Plaintiff

_____
Richard L. Costella