IN THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 DEC 11 P 2: 49

CLERK'S OFFICE
AT BALTIMORE

Y_____DEPUTY

| | | |
|---|---|---|
| George Ridgely | * | |
| Plaintiff, | | |
| v. | * Case No. L-02-2594 | |
| | * | DEC 11 2002 |
| Citifinancial, Inc. | | |
| Defendant. | * | |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

The Plaintiff, George Ridgely ("Ridgely") hereby moves this court for permission to file an amended complaint in this action. The defendants does not oppose the amendment which eliminates Count I of the original complaint. Pursuant to the Local Rules, a redline version comparing the amended complaint to the original complaint is attached as Exhibit 1. Further, the original of the Amended Complaint is attached hereto as Exhibit 2.

Wherefore, the plaintiff requests leave to file his amended complaint in this action.

Respectfully submitted,

APPROVED THIS _11TH_ DAY OF _December_
_____2002_
BENSON EVERETT LEGG, U.S.D.J.

_____
Scott C. Borison
Douglas B. Bowman
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
(301) 620-1016

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above document was served, by depositing same